1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DOLORES CARBAJAL [A73-848-011], | CASE NO. 06cv1736-LAB (BLM) |
| Plaintiff, | **SCHEDULING ORDER** |
| vs. | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services; and JANE ARRELLANO, Director, Los Angles District Office, United States Citizenship and Immigration Services, | |
| Defendants. | |

Petitioner Maria Dolores Carbajal, proceeding through counsel, has filed a Petition For Writ Of Mandamus and Motion For Relief From Unreasonably Delayed Agency Action ("Writ Petition") to compel Respondents, the Department of Homeland Security, *et al.*, to compel the immediate adjudication of her Form I-485 Application To Register Permanent Residence Or Adjust Status. Petitioner represents she is the wife of a United States citizen and the beneficiary of her husband's Form I-130 petition for classification as the spouse of a United States citizen. She first filed a Form I-485 with federal immigration officials in May 1997 and has never received a formal adjudication of the application, despite various proceedings and numerous inquiries during the past nine years.

Good cause appearing, **IT IS HEREBY ORDERED** that on or before *November 3, 2006*, Respondents shall show cause why the Writ Petition should not be granted by making a return in

06cv1736

1  writing, filing with the court copies of all pertinent portions of the record, and a memorandum of law

2  and fact fully stating their position.  Petitioner shall file any Reply to Respondents' Return on or before

3  *November 27, 2006.*  The parties shall thereafter await further order of this Court.

4       **IT IS FURTHER ORDERED** the Clerk of Court shall serve a copy of the Writ Petition,

5  together with a copy of this Order, on the United States Attorney or an authorized representative, 880

6  Front Street, Room 6293, San Diego, California 92101.

7       **IT IS SO ORDERED**.

8  DATED: _____10·2·06_____                    _Larry A. Burns_____

9                                        **HONORABLE LARRY ALAN BURNS**
                                     United States District Judge

10

11  cc:   MAGISTRATE JUDGE BARBARA LYNN MAJOR
       ALL COUNSEL OF RECORD

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28